IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

D.D.R.[1],

       Plaintiff,

v.

KILOLO KIJAKAZI,
**Acting Commissioner of the Social
Security Administration,**

       Defendant.

Case No. 22-1074-DDC

## MEMORANDUM AND ORDER

The court previously remanded this case for further administrative proceedings under 42 U.S.C. § 405(g).  *See* Doc. 14.  The parties now have agreed to an attorney fee award under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in connection with the court-related representation of plaintiff in this Social Security appeal.  Thus, the court grants plaintiff's unopposed Motion for Award of Attorney's Fees in the amount of $4,950.40.

If, after receiving the court's EAJA fee order, the Commissioner (1) determines upon effectuation of the court's EAJA fee order that plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (2) agrees to waive the requirements of the Anti-Assignment Act, 31 U.S.C. § 3727(b), the government shall pay fees directly to plaintiff's attorney.  But if plaintiff owes a debt under the Treasury Offset Program, the Commissioner can't agree to waive the requirements of the Anti-Assignment Act, and the government must pay

---

[1]     The court makes all its Memorandum and Orders available online.  Therefore, as part of the court's efforts to preserve the privacy interests of Social Security disability claimants, it has decided to refer to the plaintiff in these cases only by plaintiff's initials.

remaining EAJA fees after offset by a check made out to plaintiff but delivered to plaintiff's attorney.  See *Astrue v. Ratliff*, 560 U.S. 586, 597 (2010).

In addition, if plaintiff's counsel ultimately receives an award of attorney fees under 42 U.S.C. § 406(b), she must refund the smaller award to plaintiff.  *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

**IT IS THEREFORE ORDERED BY THE COURT THAT** plaintiff is granted attorney fees under the EAJA in the amount of **$4,950.40.**  The government shall make payment of this amount in accordance with this Order.

**IT IS SO ORDERED.**

**Dated this 25th day of October, 2022, at Kansas City, Kansas.**

s/ Daniel D. Crabtree
**Daniel D. Crabtree**
**United States District Judge**
